| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| IL NORTHERN DISTRICT - EASTERN DIVISION |
| Case number *(if known)* _____     Chapter    7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Vehicle Service Partners Inc. |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-1553061 |
| **4.** | **Debtor's address** | **Principal place of business**  1315 24th St.  Peru, IL 61354  Number, Street, City, State & ZIP Code    La Salle  County | **Mailing address, if different from principal place of business**    P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  903 Morrissey Dr. Bloomington, IL 61701  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor ____Vehicle Service  Partners Inc._____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 2

Debtor  Vehicle Service Partners Inc. _____  Case number (*if known*) _____
         Name

11. **Why is the case filed in *this district?***  *Check all that apply:*
   - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   - ■ No
   - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*
   - ☐ Funds will be available for distribution to unsecured creditors.
   - ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
   - ■ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated Assets**
   - ■ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ☐ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ■ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ☐ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

Debtor  Vehicle Service Partners Inc. _____  Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 4, 2017
                  MM / DD / YYYY

**X** /s/ Robert Scott Irwin                         Robert Scott Irwin
   Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Michael J. Meyers                      Date   December 4, 2017
   Signature of attorney for debtor                             MM / DD / YYYY

Michael J. Meyers 6313492
Printed name

Ostling & Associates, Ltd.
Firm name

201 W. Olive Street
Bloomington, IL 61701
Number, Street, City, State & ZIP Code

Contact phone   309-827-3030      Email address   ostlingassociates@comcast.net

6313492
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## IL Northern District - Eastern Division

In re: Vehicle Service Partners Inc.
Debtor(s)

Case No.
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 650.00 |
   | Prior to the filing of this statement I have received | $ 650.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 4, 2017
*Date*

/s/ Michael J. Meyers
Michael J. Meyers 6313492
*Signature of Attorney*
Ostling & Associates, Ltd.
201 W. Olive Street
Bloomington, IL 61701
309-827-3030  Fax: 309-827-3131
ostlingassociates@comcast.net
*Name of law firm*

# United States Bankruptcy Court
### IL Northern District - Eastern Division

In re: Vehicle Service Partners Inc.
Debtor(s)

Case No.
Chapter  7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  18

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  December 4, 2017

/s/ Robert Scott Irwin
Robert Scott Irwin/President
Signer/Title

```
Berkebile Oil                        315 5th St
PO Box 715                           Peru, IL 61354
Somerset, PA 15501


CL Enterprises                       Pittsburgh Glassworks
519 Congress                         30 Isabella St #500
Ottawa, IL 61350                     Pittsburgh, PA 15212


Enertech Labs Inc                    Promier Properties LLC
714 Northland Ave.                   304 5th Street
Buffalo, NY 14211                    Peru, IL 61354


FedEX                                Quality Products
3875 Airways Module H3               2399 Pitrups Rd.
Dept 4634                            Pandora, OH 45877
Memphis, TN 38116


Heartland Bank & Trust               Randeep Saini
925 Shooting Park Rd.                964 Caarlofs Place
Peru, IL 61354                       Peru, IL 61354


Illinois Department of Revenue       Starved Rock Country Capital Fund
ICS Payment and Correspondence       2025 Rock St.
PO Box 19043                         Peru, IL 61354
Springfield, IL 62794-9043


Internal Revenue Service             Uline
Centralized Insolvency Operations    12575 Uline Dr
PO Box 7346                          Pleasant Prairie, WI 53158
Philadelphia, PA 19101


Jacobs & Pinta                       Well Worth Products
77 West Washington St.               180 Dutton Ave
Ste 1005                             Buffalo, NY 14221
Chicago, IL 60602


JBL Manufactoring Inc.
278 E. 90th St.
Davenport, IA 52806


Midland Paper Products
101 E Palatine Rd
Wheeling, IL 60090
```

# United States Bankruptcy Court
## IL Northern District - Eastern Division

In re   Vehicle Service Partners Inc.                                    Case No.
                                        Debtor(s)                        Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Vehicle Service Partners Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| December 4, 2017 | /s/ Michael J. Meyers |
| Date | Michael J. Meyers 6313492 |
| | Signature of Attorney or Litigant |
| | Counsel for   Vehicle Service Partners Inc. |
| | Ostling & Associates, Ltd. |
| | 201 W. Olive Street |
| | Bloomington, IL 61701 |
| | 309-827-3030 Fax:309-827-3131 |
| | ostlingassociates@comcast.net |